UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **FRANKIE M. TORTORICH** | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 19-222-JWD-EWD** |
| **EXPERT AUTO SALES AND SERVICE, LLC.** | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 7, 2019, to which no opposition was filed,

**IT IS ORDERED** that all claims of Plaintiff Frankie M. Tortorich against Defendant Expert Auto Sales and Service, LLC are DISMISSED with prejudice pursuant to Fed. R. Civ. Proc. 41 and this matter shall be terminated.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>August 30, 2019</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**